David THERIOT;  et al, Plaintiffs

v.

BURLINGTON NORTHERN & SANTA FE RAILWAY CO;  et al, Defendants.

Mary Viltz;  et al, Plaintiffs

Anna Lawson, Plaintiff–Appellant

v.

Burlington Northern & Santa Fe Railway Co;  et al, Defendants

Burlington Northern & Santa Fe Railway Co, Defendant–Appellee.

Peggy Gerac;  et al, Plaintiffs

Peggy Gerac;  Francis Green, Plaintiffs–Appellants

v.

Burlington Northern & Santa Fe Railway Co;  et al, Defendants

Burlington Northern & Santa Fe Railway Co, Defendant–Appellee.

Ethel Taylor;  et al, Plaintiffs

Ethel Taylor, Plaintiff–Appellant

v.

Burlington Northern & Santa Fe Railway Co;  et al, Defendants

Burlington Northern & Santa Fe Railway Co, Defendant–Appellee.

No. 04–31220.

United States Court of Appeals, Fifth Circuit.

Decided May 1, 2006.

Anna Lawson, New Iberia, LA, pro se.

Peggy Gerac, New Iberia, LA, pro se.

Francis Green, New Iberia, LA, pro se.

Ethel Taylor, New Iberia, LA, pro se.

Kyle Liney Gideon, John E. McElligott, Jr., Davidson, Meaux, Sonnier & McElligott, Lafayette, LA, for Defendant–Appellee.

Before REAVLEY, CLEMENT and PRADO, Circuit Judges.

PER CURIAM: *

Although pro se pleadings are afforded liberal construction, *see Haines v, Kerner,* 404 U.S. 519, 520, 92 S.Ct. 594, 30 L.Ed.2d 652 (1972), even pro se litigants must adequately brief arguments in order to prop-

erly present them for consideration. *See Yohey v. Collins*, 985 F.2d 222, 224–25 (5th Cir.1993). Appellants have made no showing of the jurisdiction of this court and have inadequately briefed their arguments. Accordingly, this appeal is dismissed.

APPEAL DISMISSED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.